IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY Q. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-1579 |
| | ) | |
| v. | ) | Chief Judge Lancaster |
| | ) | Magistrate Judge Bissoon |
| EDWARD G. RENDELL, and | ) | |
| THOMAS CORBETT, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Jeffrey Q. Smith's complaint pursuant to 42 U.S.C. §1983 was submitted to the Court on December 2, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 30, 2009, recommended that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff was granted an extension of time to file objections (Doc. 7) and did timely file objections on January 20, 2010.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 2nd day of February, 2010, IT IS HEREBY ORDERED that the Complaint DISMISSED in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is directed to mark this case CLOSED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 5, dated December 30, 2009, is adopted as the opinion of the court.

_____
Gary L. Lancaster
Chief U.S. District Court Judge

cc: **JEFFERY QUINDERZ SMITH**, FW-0175
SCI Pittsburgh
Post Office Box 99901
Pittsburgh, PA 15233